_____

No. 95-2900
_____

Sylvia M. Westlund,                    *
                                       *
          Appellant,                   *
                                       *   Appeal from the United States
     v.                                *   District Court for the
                                       *   District of Minnesota.
Honeywell, a Delaware                  *
corporation,                           *         [UNPUBLISHED]
                                       *
          Appellee.                    *
                              _____

               Submitted:  June 17, 1996

                   Filed:  June 24, 1996
                              _____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.
                              _____

PER CURIAM.


     Sylvia  Westlund  appeals  the  District  Court's[1]  grant  of  summary
judgment to Honeywell in her action under the Employee Retirement Income
Security Act (ERISA), 29 U.S.C. §§ 1001-1461 (1994).  After de novo review
of  the  record  and  the  parties'  briefs,  we  conclude  the  judgment  of  the
District  Court  was  correct.   Accordingly,  we  affirm  for  the  reasons  stated
in  the  District  Court's  order.   See 8th Cir. R. 47B.

_____

     [1]The  Honorable  Richard  H.  Kyle,  United  States  District  Judge
for  the  District  of  Minnesota.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.